UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **Unsealing Order** |
| – v. – | **S1 25 Cr. 448 (PAE)** |
| LUIS MARTINEZ, | |
| Defendant. | |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorney Patrick R. Moroney;

It is found that the Superseding Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Superseding Indictment unsealed, and it is therefore:

ORDERED that the Superseding Indictment in the above-captioned action be unsealed upon the arrest of the defendant on the Superseding Indictment; and

IT IS FURTHER ORDERED that this Order, and the Government's unsealing application, be filed on the public docket upon the unsealing of the Superseding Indictment.

Dated:    New York, New York
          April _7_, 2026

_____
HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK