# GLENN A. GARBER, P.C.

THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2370, NEW YORK, NY 10279

ATTORNEYs AT LAW
GLENN A. GARBER
(ADMITTED IN NY& NJ)

TEL: 212-965-9370  FAX: 212-965-9375
WWW.GLENNGARBER.COM

May 25, 2026

Hon. Paul A. Engelmayer
U.S. District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *United States v. Luis Martinez,* 25-cr-448 (PAE)

Dear Judge Engelmayer:

I write with the government's consent to request a brief adjournment of the conference on May 28, 2026.

I am on trial in *People v. McGrier,* Ind. No. 1582-21. The case may continue through May 28th. I did not want to wait on this request, as our court date is a few days away.

I have conferred with the government and good dates for the parties are: June 2 (am); June 3 (pm) and June 5 (all day).

I apologize for the inconvenience and thank you for your consideration.

Respectfully,

Glenn A. Garber

Cc:    All via ECF

**GRANTED.**  The Court reschedules this Thursday's conference to **Tuesday, June 2, 2026**, at **11:00 a.m.** The Court excludes time until June 2, 2026 pursuant to 18 U.S.C. 3161(h)(7)(A), to accommodate defense counsel's unavailability beforehand. The Clerk of Court is requested to terminate the motion at Dkt. No. 56.

5/26/2026

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge