UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>LUIS MARTINEZ,<br><br>Defendant. | 25-CR-448-02 (PAE)<br><br>SCHEDULING ORDER |

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets

the following schedule and deadlines:

- The Government's 404(b) notice is due by **June 29, 2026**.

- Any motions *in limine* shall be filed by **July 6, 2026**.

- Oppositions to any motions *in limine* shall be filed by **July 10, 2026**.

- Requests to charge and proposed *voir dire* shall be filed by **July 10, 2026**.

- The Government will turn over its Jencks Act material by **July 20, 2027**.

- The next conference in this case is scheduled for **July 22, 2026** at **10 a.m.**

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), to **July 27, 2026**.

1

SO ORDERED.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge

Dated: June 2, 2026
New York, New York

2