UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                          :

UNITED STATES OF AMERICA,           :

     -v-                    :        25-CR-448-02 (PAE)

LUIS MARTINEZ,               :        SCHEDULING ORDER

          Defendant.        :

-----------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

The Court has been advised that the defendant may want to enter a change of plea. Accordingly, the parties shall appear for a conference with the Court on **July 2, 2026** at **9:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

In accordance with Section 5(B) of the Court's Individual Rules and Practices for Criminal Cases, defense counsel should, in advance of the proceeding, review with the defendant — if necessary, with the assistance of an interpreter — any *Pimentel* letter or plea agreement. Additionally, the defendant should be prepared to give narrative allocutions that incorporate all of the elements of the offense(s) to which he is pleading guilty. In the interest of clarity and efficiency, the Court encourages counsel to assist the defendant in writing an allocution that can be read in open court during the plea proceeding.

Any deadlines will be held in abeyance pending the conclusion of the scheduling plea proceeding.

1

SO ORDERED.

Dated: June 26, 2026
       New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge